DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CITY OF SUNRISE,**
Appellant,

v.

**LOURDES COLON,**
Appellee.

No. 4D18-2473

[June 19, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael L. Gates, Judge; L.T. Case No. CACE 16-12669 (12).

Christopher J. Stearns and Jonathan H. Railey of Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A., Fort Lauderdale, for appellant.

Scott M. Behren of Behren Law Firm, Weston, for appellee.

PER CURIAM.

*Affirmed. See Dade Cnty. Sch. Bd. v. Radio Station WQBA*, 731 So. 2d 638, 644 (Fla. 1999) ("[I]f a trial court reaches the right result, but for the wrong reasons, it will be upheld if there is any basis which would support the judgment in the record."); Fla. Admin. Code R. 1B-24.003(1)(a), General Records Schedule GS-1-SL for State and Local Government Agencies (eff. Aug. 2017) (personnel information for temporary employees must be retained for three fiscal years after any manner of separation or termination of employment).

*Affirmed.*

GERBER, C.J., MAY and CONNER, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***